HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2512
Tel: 916-498-5700/Fax: 916-498-5710
heather_williams@fd.org

Attorney for Defendant
JESSE EDWARD WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-001 KJM |
|---|---|
| Plaintiff, | ) **MOTION TO WITHDRAW THE FEDERAL DEFENDER AND [PROPOSED] O R D E R GRANTING WITHDRAWAL AND APPOINTING COUNSEL** |
| vs. | |
| JESSE EDWARD WILSON, | |
| Defendant. | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel. The Federal Defender, appointed since the Initial Appearance, is unable to continue representing the defendant and moves to withdraw from representation and have Michael Long, who is willing to accept appointment, appointed effective February 6, 2019.

DATED: February 8, 2019             HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ Heather E. Williams
                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

## O R D E R

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's Motion to Withdraw and appointing Michael Long, effective February 6, 2019.

DATED: February 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

1